Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SANDRA S. YBARRA,

    Plaintiff,

vs

UNITED STATES OF AMERICA,

    Defendant

FILED
08 FEB 22 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0350 BEN POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Aubrey D. Boyd, Esq. (SBN 60632)
    Attorney at Law
    101 West Broadway, Suite 1950
    San Diego, CA  92101-8220
    619/231-0929

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 2/22/08 |
|---|---|
| CLERK | DATE |

By  C. PUTTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)