UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA S. YBARRA, | Case No. 08cv0350 BEN(POR) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Melanie A. Andrews, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-titled action. I have caused service of:

NOTICE OF RELATED CASE (dated 3/11/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Aubrey D. Boyd, Esq.
101 W. Broadway, Suite 1950
San Diego, CA 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Darren Quinn, Esq.                    Samantha Lopez, Esq.
Law Office of Darren J. Quinn         International Practice Group
12702 Via Contina, Suite 105          600 West Broadway, Suite 1520
Del Mar, CA 92014                     San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2008

                                                       s/Melanie A. Andrews
                                                      MELANIE A. ANDREWS