```
 1  KAREN P. HEWITT
    United States Attorney
 2  MELANIE A. ANDREWS
    Special Assistant U.S. Attorney
 3  28 U.S.C. 543
    melanie.andrews@usdoj.gov
 4  Office of the U.S. Attorney
    Federal Office Building
 5  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 6  Telephone: (619) 557-7460

 7  Attorneys for Defendant
    United States of America
 8
```

                        UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA S. YBARRA, | ) | Case No. 08cv0350 BEN(POR) |
| | ) | |
|     Plaintiff, | ) | |
| | ) | **DEFENDANT'S NOTICE OF** |
|     v. | ) | **RELATED CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    1.    COMES NOW Defendant, the United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney and Melanie A. Andrews, Special Assistant United States Attorney, and pursuant to the United States District Court for the Southern District of California Local Civil Rule 40.1(e), hereby file this notice of related case.

    2.    According to Plaintiff's complaint, on or about May 3, 2005 she suffered injuries as the result of being hit by improperly stacked cases of beer that were located at a retail establishment on board the Naval Base San Diego. After Plaintiff's administrative tort claim was denied, on February 22, 2008 she filed this lawsuit in

1  the District Court for the Southern District of California.  The
2  United States was served on February 22, 2008 and its answer is due
3  no later than April 22, 2008.
4     3.  On or about April 26, 2007, Plaintiff filed a civil
5  action in San Diego Superior Court against Anheuser Busch alleging
6  that on or about May 3, 2005, she suffered injuries as the result of
7  being hit by improperly stacked cases of beer that were located at a
8  retail establishment in the City of San Diego.  After counsel for
9  Anheuser Busch filed a timely answer, it sought to remove the case to
10 federal court.  Successful removal to the District Court for the
11 Southern District of California occurred on July 24, 2007.  That case
12 is <u>Ybarra v. Anheuser-Busch, Inc.</u>, 07CV1350 JAH(WMC).
13    4.  Defendant, United States, believes that both cases involve
14 the same Plaintiff and same incident as information obtained during
15 the administrative tort claim process and her pleadings indicate that
16 Sandra Ybarra alleges she was injured at the Naval Base by falling
17 cases of beer manufactured by the Anheuser Busch Company.  Since
18 Plaintiff is suing two defendants for conduct arising out of the same
19 incident, judicial economy should dictate that both cases be assigned
20 to a single district judge.

21                               Respectfully submitted,
22    Dated: March 11, 2008      KAREN P. HEWITT
                                 United States Attorney
23
24                               /s/ *MELANIE A. ANDREWS*
                                 Special Assistant U.S. Attorney
25
                                 Attorneys for the United States
26
27
28