```
 1  KAREN P. HEWITT
    United States Attorney
 2  Southern District of California
    MELANIE A. ANDREWS
 3  Special Assistant U.S. Attorney
    28 U.S.C. 543
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7460
    Facsimile: (619) 557-5004
 6  melanie.andrews@usdoj.gov

 7

 8                    UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

10
    SANDRA S. YBARRA,              )    No. 08cv0350 JAH(RBB)
11                                 )
              Plaintiff,           )    NOTICE OF APPEARANCE
12                                 )
         v.                        )
13                                 )
    UNITED STATES OF AMERICA       )
14                                 )
              Defendant.           )
15  _____  )

16
    TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:
17
         I, the undersigned attorney, enter my appearance as lead
18  counsel in the above-captioned case.

19       I certify that I am admitted to practice in this court or
    authorized to practice under CivLR 83.3.c.3-4.
20
         The following government attorneys (who are admitted to
21  practice in this court or authorized to practice under CivLR
    83.3.c.3-4) are also associated with this case, should be listed as
22  lead counsel for CM/ECF purposes, and should receive all Notices of
    Electronic Filings relating to activity in this case:
23
         None
24
    _____ Effective this date, the following attorney is no longer
25  associated with this case and should not receive any further
    Notices of Electronic Filings relating to activity in this case:
26
         None
27

28
```

1     Please call me if you have ay questions about this case.

2                                     Respectfully submitted,

3    DATED: April 22, 2008    KAREN P. HEWITT
                                        United States Attorney

5                                     /s/Melanie A. Andrews

6                                     MELANIE A. ANDREWS
                                      Special Assistant U.S. Attorney
7                                     melanie.andrews@usdoj.gov

8

                                    Attorneys for United States

2