UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA S. YBARRA, | ) | Case No. 08cv0350 JAH(RBB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Melanie A. Andrews, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-titled action. I have caused service of:

Defendant's Answer and Notice of Appearance (dated 4/22/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Aubrey D. Boyd, Esq.
    101 W. Broadway, Suite 1950
    San Diego, CA 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    Darren J. Quinn, Esq.
    Law Office of Darren J. Quinn
    12702 Via Contina, Suite 105
    Del Mar, CA 92014

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008

                                              s/Melanie A. Andrews
                                              MELANIE A. ANDREWS