1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SANDRA S. YBARRA,                    ) Civil No. 08CV350 JAH(RBB)
                                          )
12 |             Plaintiff,               ) NOTICE AND ORDER FOR EARLY
                                          ) NEUTRAL EVALUATION CONFERENCE
13 | v.                                   )
                                          )
14 | UNITED STATES OF AMERICA,            )
                                          )
15 |             Defendants.              )
   |_____)

16

17 IT IS HEREBY ORDERED that an early neutral evaluation of your

18 case will be held on June 4, 2008, at 3:00 p.m. in the chambers of

19 United States Magistrate Judge Ruben B. Brooks, United States

20 Courthouse, 940 Front Street, Room 1185, San Diego, California.

21      Pursuant to Rule 16.1(c) of the Local Rules of the United

22 States District Court for the Southern District of California, all

23 parties, claims adjusters for insured Defendants and non-lawyer

24 representatives with full and unlimited authority[1] to enter into a

25 _____

26      [1]  "Full authority to settle" means that the individuals at
   the settlement conference be authorized to fully explore settlement
   options and to agree at that time to any settlement terms
27 acceptable to the parties.  Heileman Brewing Co., Inc. v. Joseph
   Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have
28 "unfettered discretion and authority" to change the settlement
   position of a party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D.

                                   1                      08CV350JAH(RBB)

1   binding settlement, as well as the principal attorneys responsible

2   for the litigation, must be present and legally and factually

3   prepared to discuss and resolve the case.  Corporate counsel shall

4   not appear on behalf of a corporation as the party representative

5   who has the authority to negotiate and enter into a settlement.

6   Failure to attend or obtain a proper excusal will be considered

7   grounds for sanctions.  (Where the suit involves the United States

8   or one of its agencies, only counsel for the United States with

9   full settlement authority need appear.)  (If Plaintiff is

10  incarcerated in a penal institution or other facility, the

11  Plaintiff's presence is not required and Plaintiff may participate

12  by telephone.  In that case, defense counsel is to coordinate the

13  Plaintiff's appearance by telephone.)

14      Plaintiff's(s') counsel shall give notice of the early neutral

15  evaluation conference to all defendants filing an answer after the

16  date of this notice.

17      All conference discussions will be informal, off the record,

18  privileged and confidential.  Absent good cause shown, if any

19  party, counsel or representative fails to promptly appear at the

20  settlement conference, fails to comply with the terms of this

21  Order, including the failure to timely provide the settlement

22  conference memoranda WHEN REQUESTED, is substantially unprepared to

23  meaningfully participate in the settlement conference, or fails to

24  participate in good faith in the settlement conference, the

25

26  481, 485-86 (D. Ariz. 2003).  The purpose of requiring a person
    with unlimited settlement authority to attend the conference
27  includes that the person's view of the case may be altered during
    the face-to-face conference.  Pitman at 486.  A limited or a sum
28  certain of authority is not adequate.  Nick v. Morgan's Foods,
    Inc., 270 F.3d 590 (8th Cir. 2001).

1  settlement conference may be vacated and sanctions may be imposed

2  pursuant to Rules 16(f) and 37(b)(2)(B), (C), and (D), Federal

3  Rules of Civil Procedure.

4       In the event the case does not settle at the early neutral

5  evaluation conference, the parties shall also be prepared to

6  discuss the following matters at the conclusion of the conference:

7       1.   Any anticipated objections under Federal Rules of Civil

8  Procedure 26(a)(1)(E) to the initial disclosure provisions of

9  Federal Rule of Civil Procedure 26(a)(1)(A-D);

10      2.   The scheduling of the Federal Rule of Civil Procedure 26

11  (f) conference;

12      3.   The date of initial disclosure and the date for lodging

13  the discovery plan following the Rule 26(f) conference; and

14      4.   The scheduling of a case management conference pursuant to

15  Federal Rule of Civil Procedure 16(b).

16      The Court will issue an order following the early neutral

17  evaluation conference addressing these issues and setting dates as

18  appropriate.

19      Questions regarding this case may be directed to the

20  magistrate judge's research attorney at (619) 557-3404.

21

22  Dated: April 23, 2008                        _____
                                        RUBEN B. BROOKS

23                                      United States Magistrate Judge

24
    cc:  All Parties of Record
25

26

27  A Notice of Right to Consent to Trial Before a United States
    Magistrate Judge is attached for your information.

28

K:\COMMON\BROOKS\CASES\YBARRA350\ENENotice.wpd

1

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE

2

3          In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a United States Magistrate Judge of this

4     district may, upon the consent of all parties, conduct any or all proceedings, including a jury or non-jury trial, and order the

5     entry of a final judgment.  Consent forms are available in the Clerk's office.  Counsel for the Plaintiff shall be responsible for

6     obtaining the consent of all parties, should they desire to consent.

7

          You should be aware that your decision to consent or not to

8     consent is entirely voluntary and should be communicated solely to the Clerk of the Court.  Only if all parties consent will the

9     district judge or magistrate judge to whom the case has been assigned be informed of your decision.

10

          Judgments of the United States Magistrate Judges are

11    appealable to the United States Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure unless

12    the parties at the time of their consent to trial before a magistrate judge agree upon review by the United States District

13    Court.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\COMMON\BROOKS\CASES\YBARRA350\ENENotice.wpd