**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

YBARRA v. U.S.A.                                              Case No. 08CV350 JAH(RBB)
                                                              **Time Spent:**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                                Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The early neutral evaluation conference on June 4, 2008, at 3:00 p.m. is vacated and reset for June 6, 2008, at 8:30 a.m.

DATE: April 29, 2008          IT IS SO ORDERED:  *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Houston                                INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\YBARRA350\Minutes01.wpd