# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA S. YBARRA, | Case No.: 07cv1350 JAH (RBB) |
| Plaintiff, | Case No.: 08cv0350 JAH (RBB) |
| v. | |
| ANHEUSER-BUSCH, INC. D/B/A ANHEUSER-BUSCH SALES OF SAN DIEGO, and DOES 1 through 20, Inclusive, | **ORDER CONSOLIDATING CASES**<br><br>**FRCP Rule 42(a)(2)** |
| Defendants. | |
| SANDRA S. YBARRA, | |
| Plaintiff, | Case No.: 08cv0350 JAH(RBB) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Pending before the Court is the parties' joint motion to consolidate filed May 7, 2008. In addition to consolidating the action, the parties also seek to vacate the discovery and related dates scheduled in *YBARRA v. ANHEUSER-BUSCH, INC.* and to stop current efforts to conduct discovery. The Court finds good cause for consolidating the actions, but finds it more appropriate to leave the issue of scheduling and discovery to the Honorable Ruben B. Brooks, United States Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED the joint motion to consolidate is **GRANTED IN PART AND DENIED IN PART**.

1. The case of *SANDRA S. YBARRA v. UNITED STATES OF AMERICA*, Case No. 08cv0350 JAH (RBB) shall be consolidated with the case of *SANDRA S. YBARRA v. ANHEUSER-BUSCH, INC. D/B/A ANHEUSER-BUSCH SALES OF SAN DIEGO*, Case No.: 07cv1350 JAH(RBB), and designated under a joint caption as Case No.: 08cv350 JAH (RBB).

2. The cases are consolidated for all purposes, and all further proceedings are to be conducted under said caption and case number.

IT IS SO ORDERED.

DATED: May 8, 2008

JOHN A. HOUSTON
United States District Judge