# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

May 8, 2008

Attention counsel and pro se litigants:

RE: Ybarra v Anheuser-Busch, Inc. et al

You are hereby notified that as of May 8, 2008, case 07cv1350-JAH-RBB was consolidated with
lead case 08cv0350-JAH-RBB. The new case number for the above case is 08cv0350-JAH-RBB.
Please include the lead case number in all further filings. ALL FURTHER DOCKETING WILL
BE DONE IN THE LEAD CASE 08CV0350-JAH (RBB).

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/L Odierno_____
Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers