```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10
11  SANDRA YBARRA,                    )  Civil No. 08cv0350 JAH(RBB)
                                      )
12              Plaintiff,            )  AMENDED CASE MANAGEMENT
                                      )  CONFERENCE ORDER REGULATING
13  v.                                )  DISCOVERY AND OTHER PRETRIAL
                                      )  PROCEEDINGS
14  UNITED STATES OF AMERICA;         )
    ANHEUSER-BUSCH, INC., dba         )
15  ANHEUSER-BUSCH SALES OF SAN       )
    DIEGO; DOES 1-20, inclusive,      )
16                                    )
                Defendants.           )
17  _____    )
18
```

19    On June 6, 2008, the Court held an Early Neutral Evaluation
20 Conference and settlement conference in the consolidated case.  At
21 the conference, Plaintiff and Defendants requested that the Case
22 Management Conference Order [doc. no. 10], previously entered in
23 case number 07cv1350-JAH(RBB), be amended.  After consulting with
24 the attorneys of record for the parties and being advised of the
25 status of the case, and good cause appearing,
26    IT IS HEREBY ORDERED:
27    1.   Defendant United States of America shall serve its
28

1 | initial disclosures pursuant to Federal Rule of Civil Procedure
2 | 26(a)(1)(A-D) on or before <u>June 27, 2008</u>.
3 |       2.   All discovery shall be completed by all parties on or
4 | before <u>October 3, 2008</u>.  All motions for discovery shall be filed
5 | no later than thirty (30) days following the date upon which the
6 | event giving rise to the discovery dispute occurred.  For oral
7 | discovery, the event giving rise to the discovery dispute is the
8 | completion of the transcript of the affected portion of the
9 | deposition.  For written discovery, the event giving rise to the
10 | discovery dispute is the service of the response.  All
11 | interrogatories and document production requests must be served by
12 | <u>August 1, 2008</u>.
13 |       3.   Plaintiff(s) shall serve on all other parties a list of
14 | expert witnesses whom Plaintiff(s) expect(s) to call at trial by
15 | <u>August 1, 2008</u>.  Defendant(s) shall serve on Plaintiff(s) a list of
16 | expert witnesses Defendant(s) expect(s) to call at trial by
17 | <u>September 2, 2008</u>.  Each party may supplement its designation in
18 | response to the other party's designation no later than <u>September
19 | 16, 2008</u>.  The parties must identify any person who may be used to
20 | present evidence pursuant to Rules 702, 703 or 705 of the Federal
21 | Rules of Evidence.  This requirement is not limited to retained
22 | experts.  The designation(s) shall comply with rule 26(a)(2) of the
23 | Federal Rules of Civil Procedure and be accompanied by a written
24 | report prepared and signed by each witness, including in-house or
25 | other witnesses providing expert testimony.  The failure to fully
26 | comply with these requirements may result in the exclusion of
27 | expert testimony.
28 |       4.   All pretrial motions must be filed on or before <u>September</u>

1  <u>22, 2008</u>.  Please be advised that counsel for the moving party must
2  obtain a motion hearing date from the law clerk of the judge who
3  will hear the motion.  **Be further advised that the period of time**
4  **between the date you request a motion date and the hearing date may**
5  **vary from one district judge to another.  Please plan accordingly**.
6  For example, you should contact the judge's law clerk in advance of
7  the motion cutoff to calendar the motion.  Failure to timely
8  request a motion date may result in the motion not being heard.
9       5.   All other dates remain as set in the Court's October 17,
10 2007, Case Management Conference Order [doc. no. 10] in case number
11 07cv1350-JAH(RBB).
12      6.   The dates and times set forth herein will not be modified
13 except for good cause shown.

15 Dated:  June 6, 2008                    _____
16                                         RUBEN B. BROOKS
                                           United States Magistrate Judge

18 cc:  Judge Houston
        All Parties of Record