## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

YBARRA v. U.S.A.                                             Case No. 08CV350 JAH(RBB)
                                                             **Time Spent:  30 mins.**

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE                              Rptr.

                                    Attorneys
              Plaintiffs                            Defendants

  Aubrey Boyd (present)                    Melanie Andrews (present)
                                           Samantha Lopez (present)


PROCEEDINGS:    x   In Chambers        ___   In Court        ___   Telephonic

An early neutral evaluation conference and settlement conference were held.

A settlement conference is set for October 6, 2008, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**


DATE: June 6, 2008            IT IS SO ORDERED:    _[signature]_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Houston                         INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record