1  GUILLERMO MARRERO (Bar No. 099056)
   SAMANTHA LOPEZ (Bar No. 236934)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California 92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5
   Attorneys for Defendant
6  ANHEUSER-BUSCH, INC. D/B/A ANHEUSER-BUSCH SALES
   OF SAN DIEGO
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10  SANDRA S. YBARRA,

11              Plaintiff,                   Civil No.  08cv350 JAH(RBB)

12          vs.                              ***EX PARTE* APPLICATION FOR ORDER
                                             EXTENDING TIME OF EXPERT
13  UNITED STATES OF AMERICA;                DESIGNATIONS AND RELATED
    ANHEUSER-BUSCH, INC., dba                DISCOVERY**
14  ANHEUSER-BUSCH SALES OF SAN
    DIEGO; and DOES 1-20, inclusive,         Date: TBA
15                                           Time: TBA
    Defendants.                             Judge: Magistrate Ruben B. Brooks
16  .

17                              **INTRODUCTION**

18      This *ex parte* application asks the Court to grant defendants Anheuser-Busch, Inc. ("ABI")

19  and the United States of America ("USA") an extension for expert designations and related discovery

20  dates. This Court's Amended Case Management Order, dated June 6, 2008, requires defendants to

21  serve all parties with a list of expert witnesses it intends to call at trial along with a written report

22  prepared by each witness no later than September 2, 2008.

23      Defendants' experts cannot produce a report by the September 2, 2008 deadline, in

24  compliance with Fed. R. Civ. P. 26, because: (1) there are several depositions pending; (2) ABI is

25  awaiting responses to numerous discovery requests; (3) defendants' orthopedic surgeon expert has not

26  had an opportunity to conduct an independent medical examination on plaintiff; and (4) ABI's expert

27  has not had an opportunity to inspect the subject premises or the end-cap display in question. All of

28  the aforementioned discovery must be completed prior to defendants' expert finalizing their opinions

                                           -1-                    **Civil No. 08cv350 JAH(RBB)**

1    and reports.

2        For these reasons, ABI requests that this Court grant an extension of time for expert

3    designations and related discovery until after the aforementioned discovery in this matter is complete.

4    Defendants ABI and USA are in agreement with the proposed extension of time and ABI has made

5    multiple efforts to contact plaintiff's counsel with respect to same. Plaintiff's counsel has not

6    responded to ABI's request and therefore ABI now, and for good cause, brings this ex parte

7    application.

8    <strong>RELEVANT PROCEDURAL HISTORY</strong>

9        1.    On April 26, 2007, Plaintiff Sandra Ybarra ("Plaintiff") initiated this lawsuit by

10   filing a complaint in the San Diego Superior Court, SDSC Case No. 37-2007-00065725-CU-PO-

11   CTL, against ABI ("Complaint No. 1"). (Declaration of Samantha Lopez ("Lopez Decl."), ¶2.)

12       2.    On July 23, 2007, ABI filed an Answer to Complaint No. 1 in San Diego Superior

13   Court and on July 27, 2008, ABI filed a Notice of Removal to Federal Court on the basis of

14   diversity jurisdiction, Case No. 07cv1350 JAH (RBB). (Lopez Decl., ¶3.)

15       3.    On October 17, 2007, the Court filed a case management conference order

16   regulating discovery and other pre-trial proceedings ("Original CMC") in relation to the lawsuit

17   against ABI, Case No. 07cv1350 JAH (RBB). (Lopez Decl., ¶4.)

18       4.    On February 22, 2008, Plaintiff filed a lawsuit against the USA, Case No.

19   08cv0350 BEN (POR) ("Complaint No. 2"). (Lopez Decl., ¶5.)

20       5.    On or about April 22, 2008, the USA filed an Answer to Plaintiff's Complaint No.

21   2. (Lopez Decl., ¶6.)

22       6.    On or about May 7, 2008, all parties filed a Motion to Consolidate the

23   aforementioned cases and stipulated to stay discovery proceedings until the cases were

24   consolidated. The parties also requested that the Court modify the Original CMC so that the USA

25   had sufficient time to conduct discovery. (Lopez Decl., ¶7.)

26       7.    On May 8, 2008, Judge John. A. Houston consolidated the cases, designating them

27   under a joint caption as Case No. 08cv350 JAH (RBB). Judge Houston did not however address

28   the discovery issues and deferred the scheduling and discovery to Judge Brooks. The parties

<strong>Civil No. 08cv350 JAH(RBB)</strong>

<strong><em>EX PARTE</em> APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND RELATED DISCOVERY</strong>

INTERNATIONAL PRACTICE GROUP

1   agreed to stay discovery until the Original CMC could be modified. (Lopez Decl., ¶8.)

2   8.    On June 6, 2008, this Court held an Early Neutral Evaluation Conference and

3   settlement conference in the consolidated case. At said conference, Plaintiff and Defendants

4   requested that the Original CMC [doc. no. 10], previously entered in case number 07cv1350-JAH

5   (RBB), be amended. (Lopez Decl., ¶9.)

6   9.    On June 6, 2008, the Court entered an Amended Case Management Conference

7   Order Regulating Discovery and Other Pre-Trial Proceedings ("Amended CMC Order"). (Lopez

8   Decl., ¶10.)

9   10.   Pursuant to the Amended CMC Order the defendants are required to designate

10  their respective experts in writing and provide written report, as required by Fed. R. Civ. P.

11  26(a)(2)(A) and (B), by September 2, 2008 and all parties are required to supplement its

12  designation in response to the other party's designation no later than September 16, 2008. (Lopez

13  Decl., ¶11.)

14  11.   The Amended CMC Order also provides that all written discovery shall be served

15  no later than August 1, 2008 and that the parties complete discovery on or before October 3,

16  2008. (Lopez Decl., ¶12.)

17  12.   In accordance with the Amended CMC Order, all parties have served written

18  discovery, however responses to some discovery is pending. (Lopez Decl., ¶13.) ABI served the

19  USA, *via mail*, interrogatories, requests for production of documents and requests for admission

20  on August 1, 2008. Responses are due on or before September 3, 2008 (one day after expert

21  reports are due). (Lopez Decl., ¶14.) Plaintiff also served request for admissions on ABI and USA

22  on August 1, 2008 via personal service, with responses due August 31, 2008 (two days before

23  expert reports are due). (Lopez Decl., ¶15.)

24  13.   The depositions of four of the USA employees/former employee are noticed for

25  September 10, 2008 and September 11, 2008.  (Lopez Decl., ¶16.)

26  14.   A site inspection of the subject premises is scheduled for September 25, 2008 at

27  10:00 a.m. and Plaintiff and ABI are working with the USA to coordinate this inspection as the

28  subject premises is located on the San Diego Naval Base. (Lopez Decl., ¶17.)

INTERNATIONAL
PRACTICE GROUP

***EX PARTE* APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND RELATED DISCOVERY**

15.    The parties are also in the process of coordinating a joint defense medical examination of Plaintiff, which the earliest possible date of said examination could not occur until Mid-September. (Lopez Decl., ¶18.)

16.    On August 26, 2008, counsel for ABI contacted counsel for the USA and Plaintiff's counsel by phone and email to: (a) request consent to an extension of time for expert disclosures, reports and related discovery and (b) inform them that in the event they failed to consent, Plaintiff would bring this ex parte application. Counsel for Plaintiff was unavailable and a message was left for him. Counsel for the USA agreed to extend the time and agreed on a proposed schedule with respect to same. (Lopez Decl., ¶19.)

17.    On August 27, 2008, counsel for ABI attempted to contact Plaintiff's counsel *via email*, informing him that counsel for USA had agreed to an extension and informing him of the reasons why ABI and USA requested said extension. There was no response. (Lopez Decl., ¶20.)

18.    On August 28, 2008, counsel for ABI attempted *for a third time* to contact counsel for Plaintiff. Plaintiff's counsel was reached and proposed that the parties push all the remaining discovery dates back until after the October 6, 2008 settlement conference. (Lopez Decl., ¶21.) At this point in time, it is unclear whether a meaningful settlement conference can be held without completion of pending discovery.

For these reasons and reasons discussed below, ABI now bring this *ex parte* motion requesting that the Court modify its Amended CMC Order to extend the expert designation deadlines and related dates.

**ARGUMENT**

**I.    THE COURT SHOULD GRANT AN EXTENSION OF TIME FOR DEFENDANTS TO DESIGNATE THEIR RESPECTIVE EXPERT UNTIL AFTER PENDING DISCOVERY IS COMPLETE.**

The Court's Amended CMC Order requires defendants to designate and produce the reports of their respective experts on or before September 2, 2008. Pursuant to Federal Rules of Civil Procedure Section 26(a)(2)(A) and (B) each expert is required to prepare a report containing, amongst other things, "all opinions to be express, the basis for each opinion, data or

-4-

1  other information considered informing the opinion."

2  Defendants' experts are unable to finalize their opinions and prepare a report without

3  completion of the pending discovery for the following reasons:

4  • There are several depositions of Navy Employees, which are scheduled for September 10th

5  and September 11, 2008 (after the expert disclosure/report deadline). These individuals,

6  two of which allegedly witnessed the incident, may have vital information relative to the

7  incident in question and the experts' opinions may be based, in large part, on the

8  testimony of these individuals. (See Lopez Decl., ¶16.)

9  • ABI is awaiting responses to written discovery (requests for admissions, document

10  requests and interrogatories) served on the USA. The outstanding discovery requests and

11  pending depositions must be completed and assessed by the expert(s) prior to completion

12  of a report. (See Lopez Decl., ¶14.)

13  • Defendants' orthopedic surgeon expert has not had an opportunity to conduct an

14  independent medical examination on Plaintiff. Plaintiff testified that her injuries have not

15  resolved and thus, it is necessary for defendant's medical expert to examine plaintiff prior

16  to making any final conclusions on her medical condition. The parties are in the process of

17  coordinating a joint defense examination, but given both the doctor's schedule and

18  schedule of Plaintiff, this will not occur until after the September 2, 2008 deadline. (See

19  Lopez Decl., ¶18.)

20  • Neither plaintiff nor ABI has had an opportunity to inspect the subject premises. The

21  parties have set an inspection for September 25, 2008. All experts will need to inspect the

22  scene and display in question prior to finalizing their opinions.  (See Lopez Decl., ¶17.)

23  For these reasons, ABI requests that this Court grant an extension of time for defendants

24  to produce its expert designations and reports for at least 35 days (11 days after the scheduled site

25  inspection).

26  / / / /

27  / / / /

28  / / / /

**Civil No. 08cv350 JAH(RBB)**

***EX PARTE*** **APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND
RELATED DISCOVERY**

## II.    THE COURT SHOULD GRANT AN EXTENSION OF TIME FOR ALL RELATED DISCOVERY.

If the Court is willing to grant an extension of time for expert designations/reports, ABI requests that all other related discovery dates be extended as well. Accordingly, ABI proposes the following discovery schedule, which was sent to Plaintiff's counsel and approved by counsel for the USA:

| Event | Current Due date | Proposed Due Date |
|---|---|---|
| Defendant's s Expert Designation and Reports Due | 09/02/08 | 10/07/08 |
| Supplemental Expert Designation and Reports Due | 09/16/08 | 10/21/08 |
| Discovery cut off | 10/03/08 | 11/07/08 |
| Settlement Conference | 10/06/08 | TBA—depending on Court's schedule [sometime after the expert designation] |
| All other dates | Remain in full force and effect | |

## CONCLUSION

For the reasons discussed herein, the ABI respectfully requests that the Court modify the Amended CMC Order to extend the date for expert designations, reports and related discovery.

Dated:  August 28, 2008                    Respectfully submitted,

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By: /s/ Samantha Lopez
GUILLERMO MARRERO
SAMANTHA LOPEZ
*Attorneys for Defendant*
ANHEUSER-BUSCH, INC. D/B/A ANHEUSER-BUSCH SALES OF SAN DIEGO

INTERNATIONAL
PRACTICE GROUP

***EX PARTE* APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND RELATED DISCOVERY**