1  GUILLERMO MARRERO (Bar No. 099056)
   SAMANTHA LOPEZ (Bar No. 236934)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California  92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5
   Attorneys for Defendant
6  ANHEUSER-BUSCH, INC. D/B/A ANHEUSER-BUSCH SALES
   OF SAN DIEGO
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 | SANDRA S. YBARRA, | |
   |---|---|
11 | Plaintiff, | Civil No.  08cv350 JAH(RBB) |
12 | vs. | |
13 | UNITED STATES OF AMERICA; ANHEUSER-BUSCH, INC., dba ANHEUSER-BUSCH SALES OF SAN DIEGO; and DOES 1-20, inclusive, | **CERTIFICATE OF SERVICE OF ANHEUSER-BUSCH, INC.'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND RELATED DISCOVERY** |
14 | | |
15 | | |
16 | Defendants. | Date: TBA<br>Time: TBA<br>Judge: Magistrate Ruben B. Brooks |
17

18      The undersigned certifies under penalty of perjury under the laws of the State of California

19 that on August 28, 2008, the following documents were electronically filed with the Clerk of the

20 Court using the CM/ECF system (1) Anheuser-Busch's Inc's *Ex Parte* Application for Order

21 Extending Time of Expert Designations and Related Discovery and (2) Samantha Lopez's Declaration

22 in Support of the *Ex Parte* Application for Order Extending Time of Expert Designations and Related

23 Discovery, which will send notification of such filing to the following:

24 | **Aubrey D. Boyd** | **Darren J. Quinn** |
   |---|---|
   | **101 West Broadway, Suite 1950** | **12702 Via Cortina, Suite 105** |
25 | **San Diego, CA  92101** | **Del Mar, CA 92401** |

26 **Melanie Andrews**
   **Special Assistant U.S. Attorney**
   **Office of the U.S. Attorney**
27 **San Diego, Civil Division**

28                    -1-                    **Civil No.  08cv350 JAH(RBB)**

**CERTIFICATE OF SERVICE**

1

2      I declare under penalty of perjury under the laws of the State of California that the

3   foregoing is true and correct and that this Declaration was executed on August 28, 2008.

4                                        /s/ Samantha Lopez
                                    SAMANTHA LOPEZ
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                           -2-                    **Civil No.  08cv350 JAH(RBB)**