UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA S. YBARRA, | ) | Case No. 08cv0350 BEN(POR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; ANHEUSER-BUSCH, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Melanie A. Andrews, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-titled action. I have caused service of:

    Declaration in Support of *Ex Parte* Application for Extension of Time dated (9/1/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Aubrey D. Boyd, Esq.
    101 W. Broadway, Suite 1950
    San Diego, CA 92101

    Darren Quinn, Esq.                Samantha Lopez, Esq.
    Law Office of Darren J. Quinn     International Practice Group
    12702 Via Contina, Suite 105      600 West Broadway, Suite 1520
    Del Mar, CA 92014                 San Diego, CA 92101

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 2, 2008

                                          s/Melanie A. Andrews
                                          MELANIE A. ANDREWS