1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA S. YBARRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA;<br>ANHEUSER-BUSCH, INC., dba<br>ANHEUSER-BUSCH SALES OF SAN<br>DIEGO; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Civil No.  08cv350 JAH(RBB)<br><br>**ORDER GRANTING, IN PART, THE *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME OF EXPERT DESIGNATIONS AND RELATED DISCOVERY [DOC. NO. 14]**<br><br>Date: TBA<br>Time: TBA<br>Judge: Magistrate Ruben B. Brooks |

On August 28, 2008, Defendant Anheuser-Busch, Inc. filed an ex parte application seeking an extension of time for expert disclosures and related discovery.  Plaintiff filed her Opposition to Ex Parte Application on August 29, 2008 [doc. no. 15], and Defendant United States of America filed the Declaration of Melanie A. Andrews in Support of Ex Parte Application on September 2, 2008 [doc. no. 16].  After considering the filings of the parties, and for good cause shown, the Court **GRANTS** Defendant Anheuser-Busch, Inc.'s Ex Parte Application and **ORDERS** as follows:

　　1.　　The Defendants shall designate their respective experts in writing by September 30, 2008. The designation(s) shall comply with rule 26(a)(2) of the Federal Rules of Civil

-1-　　　　　　　　　　　　　　　　　　　　**Civil No.  08cv350 JAH(RBB)**

Procedure and be accompanied by a written report prepared and signed by each witness, including in-house or other witnesses providing expert testimony.

2. Each party may supplement its designation in response to the other party's designation no later than October 14, 2008.

3. All expert discovery shall be completed by all parties on or before November 3, 2008; the deadline for fact discovery remains as previously set, October 3, 2008.

4. The settlement conference, currently scheduled for October 6, 2008, is vacated and rescheduled for November 25, 2008, at 2:00 p.m.

5. All other provisions of the Court's June 6, 2008 Amended Case Management Order remain in full force and effect.

DATED: September 2, 2008

_____
RUBEN B. BROOKS
United States Magistrate Judge