**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>YBARRA</u> v. <u>U.S.A.</u>                                              Case No. <u>08CV350 JAH(RBB)</u>
                                                                **Time Spent:** _____

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                              Rptr. _____

                                    <u>Attorneys</u>
           <u>Plaintiffs</u>                                      <u>Defendants</u>

<u>Aubrey Boyd</u>                                    <u>Melanie Andrews</u>
                                                 <u>Samantha Lopez</u>

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

Counsel for the United States has requested a discovery conference to address the doctor's examination of the Plaintiff, scheduled for September 10, 2008.

Each party may submit a letter brief to chambers no later than noon on Friday, September 5, 2008, regarding the doctor's examination of Sandra Ybarra. The letter brief is not to exceed three pages.

A telephonic, attorneys-only conference is set for Tuesday, September 9, 2008, at 8:30 a.m.

Counsel for the United States is to initiate the conference call.


DATE: <u>September 3, 2008</u>          IT IS SO ORDERED:   *Ruben Brooks*
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge
cc:  Judge Houston                              INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record