1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA S. YBARRA,<br><br>        Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA;<br>ANHEUSER-BUSCH, INC., dba<br>ANHEUSER-BUSCH SALES OF SAN<br>DIEGO; and DOES 1-20, inclusive,<br><br>Defendants. | Civil No. 08cv350 JAH(RBB)<br><br>**AGREEMENT TO ABIDE BY<br>PROTECTIVE ORDER** |

The undersigned independent expert retained by _____ for use in this action has reviewed the Agreed Protective Order Regarding Production of Confidential, Proprietary and Trade Secret Information to plaintiff Sandra Ybarra and defendant United States of America dated _____ entered by the Court, understands the obligations and restrictions set forth therein, agrees to abide thereby and agrees to the jurisdiction of the Court to enforce this agreement.

_____
Signature of Expert

_____
Print Name

_____
Date

**EXHIBIT "A"**

- 1 -

| INTERNATIONAL<br>PRACTICE GROUP | **AGREEMENT TO ABIDE PROTECTIVE ORDER** | Civil No. 08cv350 JAH(RBB) |
|---|---|---|